UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**MILTON WASHINGTON, et al.,**          :

       **Plaintiffs**          :          **CIVIL ACTION NO. 3:20-0122**

       **v.**          :          **(JUDGE MANNION)**

**GOVERNOR TOM WOLF, et al.,**          :

       **Defendants**          :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff Patterson's request to be removed from the above captioned action (Doc. 35) is **GRANTED**. The Clerk of Court is directed to remove Patterson as a named Plaintiff in the above captioned action.

2. Defendants' motion to dismiss Plaintiffs Grimes and Permenter from the above captioned action for Plaintiffs' failure to sign the complaint, in violation of Fed. R. Civ. P. 11, (Doc. 27) is **GRANTED**. The Clerk of Court is directed to remove Grimes and Permenter as named Plaintiffs in the above captioned action.

3. Defendants' motion for reconsideration of this Court's May 6, 2020 Order, granting Plaintiff Washington's motion for leave to proceed *in forma pauperis* (Doc. 27), is **GRANTED.**

4. This Court's May 6, 2020 Order (Doc. 17) is **VACATED**.

5. Plaintiff Washington's motion to proceed *in forma pauperis* (Doc. 8) is **DENIED** pursuant to 28 U.S.C. §1915(g).

6. The above captioned action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff Washington refiling it by paying the full statutory and administrative filing fee.

7. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 29, 2021**
20-0122-01-ORDER